UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

IN RE:                                                       CASE NO.: 6:12-bk-10227-KSJ

8 MILE RANCH, LLC,                                  CHAPTER 11

      Debtor.
_____/

ORDER GRANTING *ORE TENUS* REQUEST TO
ADMINISTRATIVELY CLOSE THE CASE

This case came before the Court at the scheduled post confirmation status hearing on December 18, 2013, and based upon the *Ore Tenus* Motion to Administratively Close the Case ("Request") made during the status conference; and the Court having noted the objection of the United States Trustee's Office, the support of the Request by the Debtor[1] and the Machado Creditors, and the Court having considered that the confirmed Plan will result in no distribution to unsecured creditors, it is

ORDERED :

1. The Motion is GRANTED. The Bankruptcy Clerk of Court is directed to take all necessary steps to administratively close this case.

2. The Debtor has represented it has no funds on hand. The United States Trustee Fees for the 3rd and 4th quarters of 2013 remain unpaid, and are required to be paid pursuant to 28 U.S.C. §1930(a)(6). The United States Trustee Fees shall be paid by either the Machado Creditors or their Counsel.

---

[1] All capitalized terms, to the extent not defined herein are as defined in the Plan of the Confirmation Order.

4811-8914-7399.2
44819/0001

3.      This Court has previously reserved jurisdiction to address real estate title issues referenced in paragraph 10 of the Order Confirming Chapter 11 Plan of Liquidation (D.E. 139) ("Confirmation Order").  Further, pursuant to paragraph 7 of the Confirmation Order, the Machado Creditors are responsible to prepare the Warranty Deed and other conveyance documents to carry out the integral purpose of the Confirmed Plan, the transfer of the Real Property, The Debtor, its principals and all other persons or entities are directed to cooperate and execute such documents as are necessary to effectuate the transfer of the Real Property.

4.      To the extent they believe it is necessary, either the Debtor or the Machado Creditors are authorized to seek to have this case reopened and such costs to reopen this case shall be waived.

DONE AND ORDERED on January 10, 2014

_____
KAREN S. JENNEMANN
Chief United States Bankruptcy Judge

Attorney Kobert is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of this order.