# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA

## PDF FILE WITH AUDIO FILE ATTACHMENT

This pdf document contains an audio attachment to listen to a court room proceeding.

Directions to listen to the audio attachment:



Depending on the settings and version of Adobe on your computer, you may have a toolbar which contains an Attachments tab, **or** you may have a paperclip icon. Both will be located along the left hand margin near the bottom of the Adobe Reader window. Click whichever is appropriate for your computer.

Once the attachment window opens, either double click on the file name, or left click the file name and press the Open button in the Attachment Window toolbar. The audio file will open with the registered music player on your computer.

**MPEG Layer-3 audio coding technology from Fraunhofer IIS and Thomson.**

**This digital recording is a copy of a court proceeding and is provided as a convenience to the public. In accordance with 28 U.S.C. § 753 (b) "[n]o transcripts of the proceedings of the court shall be considered as official except those made from the records certified by the reporter or other individual designated to produce the record."**