ORDERED.

Dated: November 09, 2015

*Karen S. Jennemann*
Chief United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In Re:  
8 MILE RANCH, LLC,

    Debtor.
_____/

CASE NO.:   6:12-bk-10227-KSJ

Chapter 11

## FINAL DECREE

THIS CASE came on for hearing on October 21, 2015 at 2:00 p.m., upon the Debtor's Motion for Final Decree and Certificate of Substantial Consummation (ECF No. 198) (the "Motion") filed by 8 Mile Ranch, LLC ("Debtor").  Upon consideration of the Motion, the grounds cited therein, the Affidavit of Reuben Joseph O'Berry, Managing Member of the Reorganized Debtor, and noting no objection from the Office of the United States Trustee and that all United States Trustee fees will be paid through the Fourth Quarter of 2015, the Court finds that Debtor has substantially consummated its Plan of Reorganization and has fully administered the estate. Accordingly, it is

ORDERED:

1. The Motion is GRANTED.

[11240-1/2868759/1]

2. The Debtor shall pay any and all U.S. Trustee fees within fourteen (14) days of the entry of this Order.

3. The Debtor shall mail copies of this Final Decree to all creditors and interested parties.

Attorney Richard B. Webber, II is directed to serve this Order upon interested parties specified above and file a Proof of Service within 3 (three) days of entry of this Order.

[11240-1/2868759/1]